CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, ORLANDO GARCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 2:21-cv-00207-PA-JC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| AYRES-HAWTHORNE, L.P., a Delaware Limited Partnership; and Does 1-10, | |
| Defendants, | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: July 16, 2021          /s/ Amanda Seabock
                             Amanda Seabock
                             Attorney for Plaintiff