CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com;
mike@karlinlaw.com;
rex@karlinlaw.com
Attorneys for Defendant
Ayres-Hawthorne, L.P.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br>v.<br><br>AYRES-HAWTHORNE, L.P., a Delaware Limited Partnership; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-00207-PA-JC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties; each party to bear his/her/its own attorneys' fees and costs. Upon completion of the settlement documents and terms currently being finalized in accordance with the settlement in

principle reached by the Parties, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

Dated: July 27, 2021        CENTER FOR DISABILITY ACCESS

                            By:    /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: July 27, 2021        THE KARLIN LAW FIRM LLP

                            By:    /s/ Rex T. Reeves
                                    Rex T. Reeves
                                   Attorneys for Defendant
                                   Ayres-Hawthorne, L.P.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Rex T. Reeves, counsel for Ayres-Hawthorne, L.P., and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 27, 2021           CENTER FOR DISABILITY ACCESS

                              By:    /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff