CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com;
mike@karlinlaw.com;
rex@karlinlaw.com
Attorneys for Defendant
Ayres-Hawthorne, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br>v.<br><br>AYRES-HAWTHORNE, L.P., a Delaware Limited Partnership; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-00207-PA-JC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: October 20, 2021 | CENTER FOR DISABILITY ACCESS | |
| | By: | /s/ Amanda Seabock |
| | | Amanda Seabock |
| | | Attorneys for Plaintiff |
| Dated: October 20, 2021 | THE KARLIN LAW FIRM LLP | |
| | By: | /s/ Rex T. Reeves |
| | | L. Scott Karlin |
| | | Michael J. Karlin |
| | | Rex T. Reeves |
| | | Attorneys for Defendant |
| | | Ayres-Hawthorne, L.P. |

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Rex T. Reeves, counsel for Ayres-Hawthorne, L.P., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 20, 2021          CENTER FOR DISABILITY ACCESS

                         By:    /s/ Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff